# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY D. FOBAIR, JR.,

Petitioner,

v.

JAMES N. CROSS,

Respondent.                                                         No. 11-CV-361-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation by United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 30, 2012, petitioner's claim is **DISMISSED** with prejudice.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
>
> BY:    /s/*Sandy Pannier*
>             **Deputy Clerk**

Dated: April 30, 2012

David R. Herndon
2012.04.30
14:02:43 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT