## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY D. FOBAIR, JR.

Petitioner,

v.

JAMES N. CROSS,

Respondent.  No. 11-CV-361-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 3, 2012, the Report and Recommendation is adopted and this habeas petition pursuant to 28 U.S.C. §2241 is **DENIED.** Petitioner's claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sara Jennings*
               **Deputy Clerk**

Dated: October 4, 2012

Digitally signed by
David R. Herndon
Date: 2012.10.04
08:54:57 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT